AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Kelvin Wayne Simmons<br><br>_____<br>Defendant | )<br>)  Case No. 1:25 cr 71-MR-WCM<br>)<br>)<br>)<br>) |

FILED
Asheville
Oct 20 2025
U.S. District Court
Western District of N.C.

REC'D USMS W/NC AVL
'25 OCT 8 PM 3:44

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Kelvin Wayne Simmons,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

murder of an officer of the United States
attempted escape from the custody of the United States Marshals Service

Date: 10/7/25

_Issuing officer's signature_

City and state: Asheville, NC

Katherine Simon, Clerk, U.S. District Court
*Printed name and title*

---

### Return

This warrant was received on *(date)* 10/08/2025, and the person was arrested on *(date)* 10/20/2025
at *(city and state)* Asheville, NC.

Date: 10/20/2025

_Arresting officer's signature_

JUSTIN SKEWES  DUSM
*Printed name and title*