IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br>vs.<br><br>KELVIN WAYNE SIMMONS,<br><br>*Defendant.* | DOCKET NO. 1:25 CR 71<br><br>**NOTICE RE: DISCOVERY UPDATE** |

Kelvin Wayne Simmons, by and through undersigned counsel, hereby provides Notice regarding the discovery process in this capital case. As previewed by the United States at the status conference, *see* Doc. 42, p. 28, the Government's discovery production continues. The Government sent three separate productions in July 2026. The defense continues to review all the discovery provided by the Government, including the productions sent in July. As part of that review, the defense sent the Government another supplemental discovery request letter today. As we continue to review discovery and the Government—as part of its ongoing discovery obligation, *see e.g.,* Doc. 7—continues to produce additional discovery, we anticipate the discovery review/demand/production sequence to continue. At this time, the defense does not have discovery motions for the Court's attention. The defense will timely file discovery motions if undersigned counsel and counsel for the Government are unable to resolve counsel's requests.

Respectfully submitted:

*s/ Robert Singagliese*
Robert Singagliese
Assistant Federal Public Defender
Capital Resource Counsel Project
Middle District of Tennessee
Phone: (615) 986-2022
Email: robert_singagliese@fd.org

Attorney for Kelvin Wayne Simmons
Date: August 14, 2026